UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
WOORI AMERICA BANK,                 :

              Plaintiff,       :   10 Civ. 1704 (WHP)

       -against-                  :   ORDER

CNJ INTERNATIONAL, INC., PNJ        :
COTTON COMPANY, INC., JR
COTTON COMPANY, INC., CBMI          :
ENTERPRISES CORP., JOON WOO
RYU, and CHAN YI RYU                :

             Defendants.     :
--------------------------------X

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/9/2010]

WILLIAM H. PAULEY III, District Judge:

      Counsel for the Plaintiff and Defendant Joon Woo Ryu appeared for a conference on the record on April 9, 2010. The following is established:

1. Defendant Joon Woo Ryu shall appear for a deposition with Plaintiff's counsel by April 14, 2010;

2. Defendant is directed to produce to the Plaintiff all business and personal records (electronic or otherwise) which are relevant to this litigation, whether maintained by him or any of his co-Defendant entities, by April 14, 2010 at 5:00 p.m.;

3. Plaintiff is authorized to make a copy of all records provided by the Defendants;

4. Defendant shall not alter or destroy any record relevant to this litigation (electronic or otherwise), whether maintained by him or any of his co-Defendant entities, without the authorization of this Court;

5. Plaintiff shall file and serve its motion for summary judgment by April 16, 2010;

6. Defendants shall file and serve any opposition to the motion by April 30, 2010;

1

7. Plaintiff shall file and serve any reply, along with a proposed judgment, by May 7, 2010; and

8. This Court will hear argument on the motion on May 21, 2010, at 10:30 a.m.

Dated: April 9, 2010
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Charles Berry, Esq.
Arnold & Porter, LLP
399 Park Ave.
New York, NY 10022
*Counsel for Plaintiff*

*Copy mailed to:*

Joon Woo Ryu
CNJ International, Inc.
286 House Corner Road
Sparta, NJ 07871
*Defendant*